THE BOARD OF COMMISSIONERS OF JOHNSTON COUNTY ET AL. v. Z. L. LEMAY.

(Filed 29 September, 1926.)

APPEAL by plaintiffs from judgment of *Sinclair, J.,* 22 May, 1926, of JOHNSTON. Affirmed.

*James D. Parker for plaintiffs.*
*Abell & Shepard and Leon G. Stevens for defendant.*

PER CURIAM. We have read with care the facts in the agreed case and the judgment of the court below. In law we can find no reversible error. The judgment of the court below is
Affirmed.